IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

William N. Lucy
   PLAINTIFF

V.                              CIVIL ACTION No: 1:18-CV-00288-JB-B

Angelia Norman et al
   DEFENDANTS

## Petition for Status

COMES NOW William N. Lucy, Plaintiff in the above stated action and petition this Honorable Court for a status of this case and request a copy of summons showing when these defendants were served with notice.

DONE THIS 30TH DAY OF AUGUST 2018.

William N. Lucy
AIS # 204880-G15A
3800 Fountain
Atmore, AL. 36503

## CERTIFICATE OF SERVICE

I William N. Lucy, do hereby certify that I have deposited a copy of the foregoing in the U.S. Mail Box inside Fountain Corr. Facility, properly addressed, first class postage pre-paid. Done this 30TH day of August 2018.

*William N. Lucy*
William N. Lucy

William N. Lucy
AIS # 204880-G15A
3800 Fountain
Atmore, AL. 36503



MOBILE AL

30 AUG 2018 PM 2 L

Office of the Clerk
United States District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL. 36602

LEGAL

36602-368399