**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM N. LUCY, #204880** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 18-00288-JB-B** |
| | * | |
| **LT. ANGELA NORMAN,** *et. al.*, | * | |
| | * | |
| **Defendants.** | * | |

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's complaint be **dismissed without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE** this 20th day of September, 2018

**s/JEFFREY U. BEAVERSTOCK**
**UNITED STATES DISTRICT JUDGE**