**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM N. LUCY, #204880** | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. 18-00288-JB-B |
| **LT. ANGELA NORMAN,** *et. al.*, | * | |
| Defendants. | * | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's complaint be **dismissed without prejudice prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE** this 20th day of September, 2018.

s/JEFFREY U. BEAVERSTOCK
**UNITED STATES DISTRICT JUDGE**